# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

In re: CHEMASKO, THOMAS B.　　　　　　　§　Case No. 12-83522
　　　　　　　　　　　　　　　　　　　　§
　　　　　　　　　　　　　　　　　　　　§
Debtor(s)　　　　　　　　　　　　　　　§

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

　　　Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

　　　The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

　　　Clerk of The U S Bankruptcy Court
　　　327 S Church Street, Room 1100
　　　Rockford IL 61101

　　　Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30AM on 06/24/2013 in Courtroom 3100, United States Courthouse, 327 S Church Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

    Dated:  05/20/2013        By:  /s/BERNARD J. NATALE
                                                                Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: CHEMASKO, THOMAS B.  §  Case No. 12-83522
                             §
                             §
Debtor(s)                    §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 25,000.00 |
| *and approved disbursements of* | $ 169.54 |
| *leaving a balance on hand of* [1] | $ 24,830.46 |
| **Balance on hand:** | $ 24,830.46 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| | | None | | | |

Total to be paid to secured creditors:  $ 0.00
Remaining balance:  $ 24,830.46

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - BERNARD J. NATALE | 3,250.00 | 0.00 | 3,250.00 |
| Attorney for Trustee, Fees - BERNARD J. NATALE, LTD. | 1,410.50 | 0.00 | 1,410.50 |
| Attorney for Trustee, Expenses - BERNARD J. NATALE, LTD. | 9.45 | 0.00 | 9.45 |

Total to be paid for chapter 7 administration expenses:  $ 4,669.95
Remaining balance:  $ 20,160.51

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

| | | |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 20,160.51 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

| | | |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 20,160.51 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,005.63 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 77.5 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Citibank, N.A. | 26,005.63 | 0.00 | 20,160.51 |

| | | |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 20,160.51 |
| Remaining balance: | $ | 0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:   $     0.00
Remaining balance:   $     0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $     0.00
Remaining balance:   $     0.00

Prepared By:  /s/BERNARD J. NATALE
Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                              Case No. 12-83522-TML
Thomas B. Chemasko                                                  Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: lorsmith              Page 1 of 2                 Date Rcvd: May 31, 2013
                              Form ID: pdf006             Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 02, 2013.
```
db            +Thomas B. Chemasko,    1804 N. 1st Street,    DeKalb, IL 60115-1841
19447188      +Allied Van Lines,    5001 US Hwy 30 W,    Fort Wayne, IN 46818-9701
19447189      +Blue Van and Storage, Inc.,    328 Dietz Drive,    DeKalb, IL 60115-2671
19447190      +CACH, LLC,    c/o Attorney John c. Bonewicz,    350 N. Orleans St., Ste 300,
               Chicago, IL 60654-1607
19447191      +Client Services, Inc.,    3451 Harry S. Truman Blvd,    Saint Charles, MO 63301-9816
19447192       Hintzsche Fertilizer, Inc,    2S181 County Line Road,    PO Box 367,    Maple Park, IL 60151-0367
19447193      +Illinois Movers' & Warehousemen's R,    c/o Brown, Hay & Stephens, LLP,
               205 S. Fifth St., Ste 700,    Springfield, IL 62701-1261
19447194      +National Bank & Trust,    130 West Lincoln Highway,    DeKalb, IL 60115-3610
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19943293       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jun 01 2013 02:14:21      Citibank, N.A.,
               c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK 73124-8840
                                                                                              TOTAL: 1
```

```
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 02, 2013**        **Signature:** _Joseph Speetjens_

```
District/off: 0752-3          User: lorsmith              Page 2 of 2                  Date Rcvd: May 31, 2013
                              Form ID: pdf006             Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 30, 2013 at the address(es) listed below:

```
              Bernard J Natale     on behalf of Trustee Bernard J Natale natalelaw@bjnatalelaw.com
              Bernard J Natale     natalelaw@bjnatalelaw.com, IL42@ecfcbis.com
              Carole J. Ryczek     on behalf of Trustee Bernard J Natale carole.ryczek@usdoj.gov
              Patrick S Layng      USTPRegion11.MD.ECF@usdoj.gov
              Scott E Hillison     on behalf of Trustee Bernard J Natale hillison@pacatrust.com
              Stephen G Balsley    on behalf of Debtor Thomas B. Chemasko sbalsley@bslbv.com
                                                                                        TOTAL: 6
```