## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

In re: CHEMASKO, THOMAS B.   § Case No. 12-83522
                             §
                             §
Debtor(s)                    §

### CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $15,100.00              Assets Exempt: $28,500.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $20,160.51    Claims Discharged
                                               Without Payment: $193,759.55

Total Expenses of Administration: $4,839.49

---

3) Total gross receipts of $ 25,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $25,000.00 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $11,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 4,858.22 | 4,858.22 | 4,839.49 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 187,914.43 | 26,005.63 | 26,005.63 | 20,160.51 |
| **TOTAL DISBURSEMENTS** | $199,414.43 | $30,863.85 | $30,863.85 | $25,000.00 |

4) This case was originally filed under Chapter 7 on September 17, 2012. The case was pending for 10 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 08/15/2013           By: /s/BERNARD J. NATALE
                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1804 N. 1st 1/2 (Tenants by Entirety), DeKalb, I | 1110-000 | 25,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$25,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | National Bank & Trust | 4110-000 | 11,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$11,500.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 9.45 | 9.45 | 9.45 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 1,410.50 | 1,410.50 | 1,410.50 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 18.73 | 18.73 | 0.00 |
| BERNARD J. NATALE | 2100-000 | N/A | 3,250.00 | 3,250.00 | 3,250.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| Payee | Uniform Tran. Code | | | | |
|---|---|---|---|---|---|
| Rabobank, N.A. | 2600-000 | N/A | 38.30 | 38.30 | 38.30 |
| Rabobank, N.A. | 2600-000 | N/A | 33.47 | 33.47 | 33.47 |
| Rabobank, N.A. | 2600-000 | N/A | 34.62 | 34.62 | 34.62 |
| Rabobank, N.A. | 2600-000 | N/A | 38.15 | 38.15 | 38.15 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $4,858.22 | $4,858.22 | $4,839.49 |

## EXHIBIT 5 — PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 — PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 — GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Citibank, N.A. | 7100-000 | N/A | 26,005.63 | 26,005.63 | 20,160.51 |
| NOTFILED | Hintzsche Fertilizer, Inc | 7100-000 | 36,856.44 | N/A | N/A | 0.00 |
| NOTFILED | Illinois Movers' & Warehousemen's R c/o Brown, | 7100-000 | 84,643.00 | N/A | N/A | 0.00 |
| NOTFILED | CACH, LLC c/o Attorney John c. Bonewicz | 7100-000 | 35,783.72 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | 25,331.27 | N/A | N/A | 0.00 |
| NOTFILED | Allied Van Lines | 7100-000 | 5,300.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $187,914.43 | $26,005.63 | $26,005.63 | $20,160.51 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 12-83522  
**Case Name:** CHEMASKO, THOMAS B.

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 09/17/12 (f)  
**§341(a) Meeting Date:** 10/25/12  

**Period Ending:** 08/15/13  
**Claims Bar Date:** 01/31/13

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 1804 N. 1st 1/2 (Tenants by Entirety), DeKalb, I | 110,000.00 | 72,000.00 | | 25,000.00 | FA |
| 2 | Checking Account - Castle Bank (Debtor's 1/2 int | 2,200.00 | 0.00 | | 0.00 | FA |
| 3 | Household goods and furnishings | 2,000.00 | 200.00 | | 0.00 | FA |
| 4 | None of commercial value | 100.00 | 0.00 | | 0.00 | FA |
| 5 | None of commercial value | 100.00 | 100.00 | | 0.00 | FA |
| 6 | Shot gun | 100.00 | 100.00 | | 0.00 | FA |
| 7 | Term only | 0.00 | 0.00 | | 0.00 | FA |
| 8 | Roth IRA | 7,000.00 | 0.00 | | 0.00 | FA |
| 9 | 2003 Ford (Debtors 1/2 interest $100) | 100.00 | 100.00 | | 0.00 | FA |
| 10 | 2004 Explorer (Debtor's 1/2 interest $2,500.00) | 2,500.00 | 100.00 | | 0.00 | FA |
| 11 | 1999 Ford Mustang (This is daughter's car, but i | 1,000.00 | 150.00 | | 0.00 | FA |
| 11 | **Assets    Totals** (Excluding unknown values) | **$125,100.00** | **$72,750.00** | | **$25,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

    WAITING FOR EXPIRATION OF CLAIMS BAR DATE.

**Initial Projected Date Of Final Report (TFR):**  July 31, 2013       **Current Projected Date Of Final Report (TFR):** May 21, 2013 (Actual)

Printed: 08/15/2013 10:17 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 12-83522 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | CHEMASKO, THOMAS B. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | ****-******59-66 - Checking Account |
| Taxpayer ID #: | **-***8941 | | Blanket Bond: | $606,000.00  (per case limit) |
| Period Ending: | 08/15/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 12/27/12 | {1} | Beth Chemasko | Compromise Re: Real Estate | 1110-000 | 25,000.00 | | 25,000.00 |
| 12/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 24,975.00 |
| 01/17/13 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001033037088 20130117 | 9999-000 | | 24,975.00 | 0.00 |
| | | | ACCOUNT TOTALS | | 25,000.00 | 25,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 24,975.00 | |
| | | | Subtotal | | 25,000.00 | 25.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $25,000.00 | $25.00 | |

{} Asset reference(s)    Printed: 08/15/2013 10:17 AM    V.13.13

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

**Case Number:** 12-83522  
**Case Name:** CHEMASKO, THOMAS B.  

**Taxpayer ID #:** **-***8941  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $606,000.00 (per case limit)  
**Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 01/18/13 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 24,975.00 | | 24,975.00 |
| 01/31/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.30 | 24,936.70 |
| 02/28/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 33.47 | 24,903.23 |
| 03/29/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 34.62 | 24,868.61 |
| 04/30/13 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 38.15 | 24,830.46 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83522, Pymt Bond #016018067 Voided on 06/03/13 | 2300-003 | | 18.73 | 24,811.73 |
| 06/03/13 | 10101 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 06/03/2013 FOR CASE #12-83522, Pymt Bond #016018067 Voided: check issued on 06/03/13 | 2300-003 | | -18.73 | 24,830.46 |
| 06/26/13 | 10102 | BERNARD J. NATALE | Dividend paid 100.00% on $3,250.00, Trustee Compensation; Reference: | 2100-000 | | 3,250.00 | 21,580.46 |
| 06/26/13 | 10103 | Citibank, N.A. | Distribution paid 77.52% on $26,005.63; Claim# 1; Filed: $26,005.63; Reference: | 7100-000 | | 20,160.51 | 1,419.95 |
| 06/26/13 | 10104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 1,419.95 | 0.00 |
| | | | Dividend paid 100.00%     1,410.50 on $1,410.50; Claim# ATTY; Filed: $1,410.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%     9.45 on $9.45; Claim# EXP; Filed: $9.45 | 3120-000 | | | 0.00 |

|  |  |  |
|---|---|---|
| **ACCOUNT TOTALS** | 24,975.00 | 24,975.00    $0.00 |
| Less: Bank Transfers | 24,975.00 | 0.00 |
| **Subtotal** | 0.00 | 24,975.00 |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$0.00** | **$24,975.00** |

{} Asset reference(s)   Printed: 08/15/2013 10:17 AM    V.13.13

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

**Case Number:** 12-83522  
**Case Name:** CHEMASKO, THOMAS B.  

**Taxpayer ID #:** **-***8941  
**Period Ending:** 08/15/13

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******1166 - Checking Account  
**Blanket Bond:** $606,000.00  (per case limit)  
**Separate Bond:** N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|

Net Receipts :  25,000.00  
Net Estate :  $25,000.00

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****-******59-66 | 25,000.00 | 25.00 | 0.00 |
| Checking # ******1166 | 0.00 | 24,975.00 | 0.00 |
|  | $25,000.00 | $25,000.00 | $0.00 |

{} Asset reference(s)

Printed: 08/15/2013 10:17 AM    V.13.13